IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EILEEN P. CHUCK, | : | NO. 2:04-5584-LS |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| JO ANNE B. BARNHART, | : | |
| COMMISSIONER OF | : | |
| SOCIAL SECURITY ADMINISTRATION, | : | |
| Defendant | : | |

### ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Charles B. Smith, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's Motion for Summary Judgment is GRANTED to the extent that the matter is REMANDED for further proceedings.

3. The Commissioner's Motion for Summary Judgment is DENIED.

4. The matter is REMANDED to the Commissioner of the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation.

It is so ORDERED.

BY THE COURT:

_____
LAWRENCE F. STENGEL         J.